UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMETA E. TAULUA, JR.,<br>Petitioner,<br>v.<br>WARDEN PONCE,<br>Respondent. | Case No. CV 17-2534 BRO(JC)<br><br>JUDGMENT |

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (8 U.S.C. § 2241)" is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

DATED: April 20, 2017

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE